FILED

11/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0442

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0442

IN RE THE MARRIAGE OF:

ABRIELLE ELIZABETH HOLMQUIST,

Petitioner and Appellee,

and

ORDER

GIOVANNI MARINO,

Respondent and Appellant.

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on November 20, 2023, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 10(7) requires the redaction of confidential personal information from documents filed with the Clerk of the Supreme Court, including the name of Youths in Need of Care (YINCs). The Court has determined that page 6 of Appellant's opening brief lists the full name of a YINC. To comply with M. R. App. P. 10(7), Appellant must replace the youth's full name with the youth's initials.

M. R. App. P. 12(1)(e) requires a statement of the standard of review as to each issue raised, together with a citation to authority. Appellant's brief omits this section. The Court's website includes a Standards of Review Handbook that the Appellant may find helpful: https://courts.mt.gov/SORH/

M. R. App. P. 12(1)(f) requires a summary of the argument containing a succinct, clear, and accurate statement of the arguments made in the body of the brief. Appellant's brief contains no summary of the argument.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that the referenced brief and copies submitted be

returned for revisions necessary to comply with the specified Rules.

IT IS FURTHER ORDERED that within twenty-one (21) days of the date of this Order the Appellant shall file with the Clerk of Court a signed original and seven (7) of the revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed.

IT IS FURTHER ORDERED that the postage costs for returning the Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to the Appellant and to all parties of record.

DATED this _22_ day of November, 2023.

For the Court,

By_____
Justice

2